IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BECKY J. STERNADEL,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>RESCARE, INC. and  §<br>LARRY TEMPLE,  §<br>§<br>Defendants.  §<br>§ | Civil Action No. 7:11-cv-95-O |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **9th day** of **September, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**